

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00338-CV

| | | |
|---|---|---|
| Ex parte J.H. | § | From the 372nd District Court |
| | § | of Tarrant County (D372-E-13054-17) |
| | § | August 23, 2018 |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier